## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiffs<br><br>v.<br><br>**ELIAS GONZALEZ**<br>Defendant | CIVIL NO.: 19-1353<br><br>Civil monetary penalty pursuant to<br>19 U.S.C. § 1526(f) |

## COMPLAINT

TO THE HONORABLE COURT:

COMES NOW, the United States of America, U.S. Customs and Border Protection (CBP), and by and through the undersigned attorneys very respectfully STATES, ALLEGES AND PRAYS:

### NATURE OF THE ACTION

1. This action is brought pursuant to 19 U.S.C. Section 1526(f), to recover a civil monetary penalty in the amount of $70,525.00 against defendant Elias Gonzalez, for violations of 19 U.S.C. Section 1526, for importing into the United States merchandise of foreign manufacture when such merchandise, or the label, sign, print, package, wrapper, or receptacle, bears a trademark owned by a citizen of, or by a corporation or association created or organized within, the United States, and registered in the Patent and Trademark Office by a person domiciled in the United States.

## JURISDICTION AND VENUE

2. This Honorable Court has jurisdiction and venue over this matter pursuant to 28 U.S.C., Section 1355. The facts underlying this action took place on or about September 25, 2014, at the Luis Muñoz Marín International Airport, in Carolina, Puerto Rico, when CBP officers performed an inbound inspection of mail shipments at the DHL warehouse.

## PARTIES

3. The United States of America brings this action on behalf of the United States Customs and Border Protection (CBP), an agency of the United States that is primarily tasked with regulating and facilitating international trade, collecting import duties, and enforcing U.S. regulations, including trade, drug, and immigration laws.

4. Elias Gonzalez, whose last known mailing address is Urb. El Cortijo, Calle 3 #C-3, Bayamon, Puerto Rico 00956, was the intended receiver of a DHL package, containing counterfeit merchandise, that was seized by CBP officers.

## FACTS

5. On September 25, 2014 while performing IPR Operation of mail shipments at the DHL Cargo warehouse at the Luis Muñoz Marín Airport, CBP officers detained and inspected a DHL package with airway bill #4715404654 for suspicion of importing counterfeit merchandise. The DHL package was addressed to Defendant, Elias Gonzalez, and the sender was Chijanghuihua Electronics Co. Ltd., from Hong Kong, China.

6. Inside the package a commercial invoice was found that identified the Defendant as the receiver and describing the merchandise as "WATCH", the quantity as 250, at a total declared value of $625.00.

7. Upon further inspection, CBP officers discovered a total of 255 watches. There were 100 Pandora watches and 155 Mulco watches. CBP seized only the Mulco watches (hereinafter the merchandise), which are protected by Customs Recordation Number TMK 14-00719 and U.S. Patent and Trademark Office Registration Number 3591872.

8. Based on field findings, the merchandise was deemed counterfeit, being appraised by a CBP's Import Specialist at $70,525.00, as manufacturer's suggested retail price, if these had been genuine.

9. On November 5, 2014, CBP issued to the Defendant a Notice of Seizure of the merchandise. This was followed by a Notice of Penalty or Liquidated Damages Incurred and Demand for Payment that was issued on August 26, 2015, in the amount of $70,525.00 against the Defendant, pursuant to 19 U.S.C. Section 1526(f).

10. In efforts to reach an out of court payment of this penalty, Plaintiff sent demand letters to Defendant, via certified mail, to his/her known address: Urb. El Cortijo, Calle 3 #C-3, Bayamon, Puerto Rico 00956, on June 19, 2017 and June 14, 2018. Nevertheless, to date, Plaintiff has not received response or payment from the Defendant.

**PRAYER FOR RELEIF**

11. The United States refers to and incorporates by reference, the allegations contained in paragraphs 1 through 10 of this complaint as though fully set forth herein.

12. Anticounterfeiting Consumer Protection act (ACPA), codified at Section 1526 of title 19 of the United States Code, provides protection to registered trademark holders by directing the seizure and forfeiture of counterfeit trademark merchandise imported into the United States and the issuance of civil penalties against violating importers.

13. Pursuant to Section 1526(f) the civil penalty to be issued for a first seizure, "shall not be more than the value that the merchandise would have had if it were genuine, according to the manufacturer's suggested retail price". Based on the foregoing, demand is made for the total amount of $70,525.00.

WHEREFORE, the United States respectfully requests that judgment be entered in its favor and against Defendant, Elias Gonzalez for payment of a civil monetary penalty in the amount of $70,525.00, and that the Court award such other costs and further relief as it may deem just and proper under law and equity.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 12th day of April, 2019.

ROSA E. RODRIGUEZ-VELEZ,
United States Attorney

*s/David O. Martorani-Dale*
David O. Martorani-Dale
Assistant U.S. Attorney
U.S.D.C.-P.R. 226004
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, Puerto Rico 00918
Tel.  (787) 766-5656
Fax  (787) 766-6219
Email: david.o.martorani@usdoj.gov

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
AUSA David O. Martorani-Dale
US Attorney's Office, 350 Chardon Ave, Suite 1201
San Juan, PR 00918 Ph. 787-766-5656

## DEFENDANTS
Elias Gonzalez

County of Residence of First Listed Defendant   Bayamon, PR
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1  U.S. Government Plaintiff
[ ] 2  U.S. Government Defendant
[ ] 3  Federal Question *(U.S. Government Not a Party)*
[ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [X] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| | | | | [ ] 864 SSID Title XVI | |
| | | | | [ ] 865 RSI (405(g)) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
Section 10 of the Anti counterfeiting Consumer Protection Act 19 USC Section 1526(f)

Brief description of cause:
Civil action to recover CBP administrative fine that has become final

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 70,525.00
CHECK YES only if demanded in complaint:
JURY DEMAND:   [ ] Yes   [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE 04/12/2019
SIGNATURE OF ATTORNEY OF RECORD *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

# CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI): Martorani-Dale, David O.

USDC-PR Bar Number: 226004

Email Address: david.o.martorani@usdoj.gov

1. Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

    Plaintiff: United States of America

    Defendant: Elias Gonzalez

2. Indicate the category to which this case belongs:

    ☒ Ordinary Civil Case

    ☐ Social Security

    ☐ Banking

    ☐ Injunction

3. Indicate the title and number of related cases (if any).

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

    ☐ Yes

    ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

    ☐ Yes

    ☒ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

    ☐ Yes

    ☒ No

Date Submitted: 04/12/2019

rev. Dec. 2009

[Print Form]  [Reset Form]